UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**     'O'   JS-6

| Case No. | 2:15-cv-2000-CAS | Date | January 13, 2016 |
|---|---|---|---|
| Title | IN RE: GRACE MOTORS, INC. | | |

Bankruptcy No. 2:13-bk-21959 BR; Adversary No. 2:14-ap-01183 BR

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present      Not Present

**Proceedings:**   (IN CHAMBERS) - ORDER ACCEPTING FINDINGS OF FACT AND CONCLUSIONS OF LAW OF UNITED STATES BANKRUPTCY JUDGE

Pursuant to Stern v. Marshall, 564 U.S. 462 (2011), the Court has reviewed the United States Bankruptcy Judge's findings of fact and conclusions of law, along with the order granting the Chapter 7 Trustee's motion for summary adjudication of the third claim for relief. No objections to the findings, conclusions, or order have been filed. The Court accepts the Bankruptcy Judge's findings and conclusions and adopts them as its own.

Accordingly, judgment is entered in favor of the Trustee and against defendant State Farm Bank as to the Third Claim of Relief. Judgment shall provide for relief as follows: (a) the transfer of $36,822.96 from debtor Grace Motors, Inc. to defendant State Farm Bank is avoided; (b) the Trustee is awarded damages in the amount of $36,822.96; and (c) the Trustee may recover the damages for the benefit of the creditors of the estate.

IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |